

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Roy Loventhal, Chairman
Livestock Sanitary Commission of Texas
2002 W. T. Waggoner Building
Fort Worth 2, Texas

Dear Sir:

Opinion No. O-7182

Re: Paying for the reprinting of the
Rules and Regulations of the Live-
stock Commission out of the appro-
priation granted by House Bill 879,
Chapter 319, Acts of the 49th Legis-
lature.

We have received your letter of March 25, 1946, which we
quote as follows:

"The Rules and Regulations of the Livestock Sanitary
Commission of Texas have been revised and are ready to be
forwarded to our Governor with the request that they be
proclaimed by him.

"As soon as this arrangement has been completed, the
Governor's Proclamation will be ready to print in booklet
form and be distributed to our field inspectors, the of-
ficials of all of the States, the various railroad companies,
county officials and others.

"We are officially advised that the first reprinting of
the above mentioned Rules and Regulations will cost this
Department in the neighborhood of $350.00. We are practi-
cally out of these pamphlets and it is, of course, necessary
that they be reprinted because they have been revised through-
out.

"The appropriation made to this Department for printing
is not adequate to defray this expense and we would like to
know if it will be permissible to pay for the printing of
these booklets from the Emergency Appropriation of $10,000.00
made to this Department through House Bill 879, Chapter 319,
General and Special Laws of Texas, Acts of the 49th Legisla-
ture, Regular Session, 1945."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Roy Loventhal, Page 2

House Bill 879, the Act hereunder considered, is quoted below:

"An Act making an appropriation of Ten Thousand Dollars ($10,000) to the enforcement fund of the Livestock Sanitary Commission; and declaring an emergency.

"BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

"Section 1. There is hereby appropriated the sum of Ten Thousand Dollars ($10,000) out of the general revenues of the State of Texas to the Livestock Sanitary Commission of the State of Texas for the purposes of enforcing the rules and regulations of the Livestock Sanitary Commission; and the said Commission shall be entitled to the use and to the expenditure of said moneys appropriated up to September 1, 1947.

"Section 2. The fact that the amount now appropriated to the Livestock Sanitary Commission is insufficient to properly and adequately enforce the rules and regulations of, and the laws pertaining to, the Livestock Sanitary Commission, and that said sum of money is necessary to the enforcement of said laws, rules and regulations creates an emergency and an imperative public necessity that the Constitutional Rule requiring bills to be read on three several days in each House be suspended, and the same is hereby suspended, and that this Act shall take effect and be enforced from and after its passage, and it is so enacted."

As seen from the provisions of the above Act, the Legislature realized the need of your department for an additional sum of money and consequently made this further appropriation intending it to supplement and become a part of the general biennial appropriation made to your department by the same session of the Legislature and for the same dates; namely, to September 1, 1947.

The general biennial appropriation to your department, incorporated in Senate Bill No. 317, specifically provides for the item of "printing". House Bill No. 879, the emergency appropriation and one hereunder consideration, does not list specific items, but contains only this general language - "for

Hon. Roy Loventhal, Page 3

the purposes of enforcing the rules and regulations of the Livestock Sanitary Commission". This stated purpose is for precisely the same general purpose as that in Senate Bill 317.

We find no restrictions in either bill which would limit the emergency appropriation in its application to the specific item of "printing" listed in the general appropriation. It is our opinion that the general and inclusive purpose of the emergency appropriation is sufficient to cover appropriate items of the general biennial appropriation and that here it includes the item "printing". It follows then that you may pay for the printing of your rules and regulations booklet out of the appropriation made by House Bill No. 879, supra.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Jack K. Ayer
Jack K. Ayer
Assistant

APPROVED APR 18 1946

FIRST ASSISTANT
ATTORNEY GENERAL

JKA:djm

APPROVED
OPINION
COMMITTEE
BY RoK
CHAIRMAN